1  ANDRÉ BIROTTE JR.
United States Attorney
2  ROBERT E. DUGDALE
Assistant United States Attorney
3  Chief, Criminal Division
SHERILYN PEACE GARNETT (Cal. Bar No. 208318)
4  Assistant United States Attorney
Deputy Chief, General Crimes Section
5       1300 United States Courthouse
       312 North Spring Street
6       Los Angeles, California 90012
       Telephone:  (213) 894-3424
7       Facsimile:  (213) 894-0141
       E-Mail:    sherilyn.garnett@usdoj.gov
8
Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10           UNITED STATES DISTRICT COURT

11       FOR THE CENTRAL DISTRICT OF CALIFORNIA

12           WESTERN DIVISION 11 2621M

13  UNITED STATES OF AMERICA,     )  No. CR _____
                                  )
14           Plaintiff,           )  GOVERNMENT'S EX PARTE
                                  )  APPLICATION FOR ORDER SEALING
15       v.                       )  COMPLAINT AND SUPPORTING
                                  )  AFFIDAVITS; MEMORANDUM OF POINTS
16  WILLIAM A. RODRIGUEZ,         )  AND AUTHORITIES; DECLARATION OF
     aka "Shaggy,"                )  SHERILYN PEACE GARNETT
17                                )
           Defendant.             )  UNDER SEAL
18  _____)

19       The government hereby applies ex parte for an order directing

20  that the complaint and supporting affidavit and arrest warrant, in

21  the above-titled case, together with this ex parte application, the

22  memorandum of points and authorities, the declaration of Sherilyn

23  Peace Garnett, and this court's sealing order, be kept under seal

24  until the arrest of the defendant.

25  //

26  //

27  //

28

1     This <u>ex parte</u> application is based on the attached memorandum
2 of points and authorities, and declaration of Sherilyn Peace
3 Garnett.

4     DATED: November 1, 2011

5                              Respectfully submitted,

6                              ANDRÉ BIROTTE, JR.
                               United States Attorney
7
8                              ROBERT E. DUGDALE
                               Assistant United States Attorney
                               Chief, Criminal Division
9

10

11     _____
                               SHERILYN PEACE GARNETT
                               Assistant United States Attorney
12                             Deputy Chief, General Crimes Section

13                             Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  ii

1          MEMORANDUM OF POINTS AND AUTHORITIES

2          The government requests that this court seal the arrest

3     warrant, complaint, and supporting affidavit in this case in order

4     to maintain the integrity of this investigation.  Approval from

5     this court to seal these documents is required under Local Rule 79-

6     5.1.  The Court of Appeals for the Ninth Circuit has held that

7     district courts have the inherent power to seal affidavits in

8     support of warrants.  In re Sealed Affidavit (Agosto), 600 F.2d

9     1256 (9th Cir. 1979) (per curiam); see also Offices of Lakeside

10    Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing

11    Agosto).

12         The Court of Appeals for the Seventh Circuit has rejected the

13    proposition that pre-indictment disclosure of a search warrant

14    affidavit is required under either constitutional principles or

15    Federal Rule of Criminal Procedure 41(g).  In re EyeCare Physicians

16    of America, 100 F.3d 514 (7th Cir. 1996).  In doing so, the Seventh

17    Circuit held:

18         By the very nature of a secret criminal investigation of

19         this type, the target of an investigation more often than

20         not remains unaware of the specific grounds upon which a

21         warrant was issued.  If preindictment disclosure of

22         sealed warrant affidavits was required to satisfy due

23         process (assuming there has been a predicate deprivation

24         of life, liberty or property), the hands of law

25         enforcement would be needlessly tied and investigations

26         of criminal activity would be made unduly difficult if

27         not impossible.

28

1   <u>Id.</u> at 517.   <u>Accord</u> <u>In re Grand Jury Proceedings</u>, 115 F.3d 1240,

2   1247 (5th Cir. 1997).

3        Here, for the reasons described in the attached declaration,

4   sealing is necessary to maintain the integrity of the government's

5   investigation.   The government accordingly requests that the

6   documents described in the attached declaration be maintained under

7   seal until the arrest of defendant.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

## DECLARATION OF SHERILYN PEACE GARNETT

I, Sherilyn Peace Garnett, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.   I represent the government in the prosecution of <u>United States v. William A. Rodriguez, aka "Shaggy</u>," in which the government has submitted an affidavit in support of a complaint and arrest warrant.

2.   Defendant has not been taken into custody on the charge contained in the complaint affidavit and has not been informed that he is being named as a defendant in the complaint.   This case is part of a larger false identification document fraud sweep that will be conducted on November 3, 2011.   The likelihood of apprehending the named defendant in the present case and others might be jeopardized if the complaint in this case were made publicly available before the named defendant is taken into custody on the complaint.

3.   Accordingly, the government requests that the complaint, arrest warrant, and affidavit in support of the complaint in the above-titled case, together with this <u>ex parte</u> application, the memorandum of points and authorities, the declaration of Sherilyn Peace Garnett, and this court's sealing order, be kept under seal until the arrest of defendant.

I declare under penalty of perjury that the foregoing is true

3

1 │ and correct to the best of my knowledge and belief.

2 │ DATED: _____11/1/11_____

3

4 │                                   _____
                                      SHERILYN PEACE GARNETT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 │                               4